IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARY L. JOHNSON,

        Plaintiff,

v.                                                                            No. 18cv510 KG/JHR

UNITED STATES OF AMERICA,
UNITED STATES POSTAL SERVICE,
CITY OF SANTA FE POLICE DEPARTMENT,
DAVID WEBB,
SANTA FE WEST MHC,
DAVID WEBB,[1] and
UNKNOWN DEFENDANTS,

        Defendants.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Court's Memorandum Opinion and Order dismissing Plaintiff's case,

IT IS ORDERED that this case is DISMISSED without prejudice.

                                                                     _____
                                                                     UNITED STATES DISTRICT JUDGE

---

[1] The Complaint indicates there are two defendants named David Webb. *See* Doc. 1 at 1-2.